UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY POWELL,

    Defendant.

Case No. 25-cr-20885
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING MOTION FOR LEAVE
## TO UPLOAD EXHIBIT USING MEDIA FILE UPLOAD

The matter is before the Court on **Docket Entry Number 33, Ex Parte Motion for Leave to File Exhibits Using the Media File Upload.** The Court GRANTS the motion and orders the party to meet the below requirements when uploading a media file:

1.    The party must indicate a timestamp citation for each instance where the exhibit is referenced in the paper pursuant to R6.

2.    All audible portions of the media file shall be transcribed and submitted in written form as an exhibit e-filed in the usual manner.

3.    Because of storage limitations, the party is directed to limit the size of the media file to the minimum necessary to support its position and to not file any

media files duplicative of those already filed. Instead, the party is instructed to include a timestamp citation and reference to the previously uploaded exhibit.

4.     The Court will not accept any media file that has proprietary security features or codecs requiring additional files, software, applications or plug-ins to successfully view the file. Any files received that cannot be viewed by the Court will need to be reformatted and resubmitted.

5.     The submitting party shall serve copies of the media files on opposing counsel in accordance with applicable federal and local rules.

     **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 7, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 7, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126